UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
United States of America,

2-3-16

                                       **ORDER**

                                       **13-CR-579 (ALC)**

        -v-

**Ye Tiong Tam Lim,**

               Defendant(s)
--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The February 8, 2016 sentencing is adjourned to **February 26, 2016** at **11:00 a.m.**

    **SO ORDERED.**

**Dated: New York, New York**
         **February 3, 2016**

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**